UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEVIN G. NUNES<br><br>    Plaintiff,<br><br>  v.<br><br>FUSION GPS A/KA BEAN LLC, GLENN SIMPSON, and CAMPAIGN FOR ACCOUNTABILITY, INC.<br><br>    Defendants. | Civil Case No. 1:19-cv-1148 |

## **DEFENDANT CAMPAIGN FOR ACCOUNTABILITY'S MOTION TO DISMISS**

Defendant Campaign for Accountability, by and through counsel, hereby respectfully moves this Court for an order dismissing the Complaint filed by Plaintiff Devin Nunes pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure. The Complaint should be dismissed on the grounds that (1) the Court lacks subject matter jurisdiction because the Plaintiff does not have standing; (2) the Court lacks personal jurisdiction over Defendant CfA; and (3) the Complaint fails to state a plausible claim for relief under 18 U.S.C. §§ 1962 and 1964, and fails to state a plausible claim for common law conspiracy.

For the reasons above and those in the accompanying Memorandum of Law in Support of Campaign for Accountability's Motion to Dismiss, Defendant respectfully requests that the Court grant this Motion, enter the attached Proposed Order dismissing the Complaint with prejudice, and award the Defendant such other and further relief as the Court deems just and proper.

Dated: November 22, 2019

Respectfully submitted,

/s/ Kerry Brainard Verdi_____
Kerry Brainard Verdi
**Verdi & Ogletree PLLC**
1325 G Street, NW
Suite 500
Washington, DC 20005
Tel: (202) 449-7703
Fax: (202) 449-7701
kverdi@verdiogletree.com

*Counsel for Defendant Campaign for Accountability*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served through the Court's electronic filing system on November 22, 2019 to counsel of record.

_____<br>
Kerry Brainard Verdi