UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEVIN G. NUNES<br><br>      Plaintiff,<br><br>  v.<br><br>FUSION GPS A/KA BEAN LLC, GLENN SIMPSON, and CAMPAIGN FOR ACCOUNTABILITY, INC.<br><br>      Defendants. | Civil Case No. 1:19-cv-1148 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Campaign for Accountability, Inc. in the above-captioned action, certifies, to the best of her knowledge, that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: November 22, 2019                    Respectfully Submitted,

                                                         /s/ Kerry Brainard Verdi

                                                         Kerry Brainard Verdi, Esquire
                                                         Verdi & Ogletree PLLC
                                                         1325 G Street, NW
                                                         Suite 500
                                                         Washington, DC 20005
                                                         Telephone:  (202) 449-7703
                                                         Facsimile:  (202) 449-7701
                                                         kverdi@verdiogletree.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 22, 2019, the foregoing was filed with the Court's CM/ECF Service, and thereby provided to counsel of record.

                                                /s/ Kerry Brainard Verdi
                                                Kerry Brainard Verdi