UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEVIN G. NUNES<br><br>    Plaintiff,<br><br>v.<br><br>FUSION GPS A/KA BEAN LLC, GLENN SIMPSON, and CAMPAIGN FOR ACCOUNTABILITY, INC.<br><br>    Defendants. | Civil Case No. 1:19-cv-1148 |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Amended Complaint, and good cause shown, it is hereby ORDERED that all Defendants must respond to the Amended Complaint on or before January 15, 2019.

Dec 17, 2019

/s/
Liam O'Grady
United States District Judge