UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEVIN G. NUNES<br><br>    Plaintiff,<br><br>v.<br><br>FUSION GPS A/KA BEAN LLC, GLENN SIMPSON, and CAMPAIGN FOR ACCOUNTABILITY, INC.<br><br>    Defendants. | Civil Case No. 1:19-cv-1148 |

### DECLARATION OF GLENN SIMPSON IN SUPPORT OF THE MOTION TO DISMISS OF DEFENDANTS FUSION GPS AND GLENN SIMPSON

I, Glenn Simpson, declare as follows:

1. My name is Glenn Simpson, and I am of legal age and competent to give this Declaration.

2. I am domiciled in Washington, D.C.

3. I am a founder and principal of Bean LLC d/b/a Fusion GPS and am familiar with its operations.

4. I work in Washington, D.C. for Bean LLC d/b/a Fusion GPS.

5. Bean LLC d/b/a Fusion GPS is incorporated in Delaware and its principal place of business is Washington, D.C. Bean LLC d/b/a Fusion GPS does not have any offices in Virginia.

6. I did not do any work in Virginia on *Crime in Progress*, the "dossier," or any of the ethics complaints described in Plaintiff Nunes' amended complaint.

7. Bean LLC d/b/a Fusion GPS did not do any work in Virginia on *Crime in Progress*, the "dossier," or any of the ethics complaints described in Plaintiff Nunes' amended complaint.

EXHIBIT 1

8. Most, if not all, of Bean LLC d/b/a Fusion GPS' clients, agents, and donors are located outside of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 14, 2020

Glenn Simpson