IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DEVIN G. NUNES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:19-cv-1148-LO-TCB |
| | ) | |
| | ) | |
| FUSION GPS a/k/a BEAN, LLC | ) | |
| et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# JOINT STIPULATION AND
# AMENDED NOTICE OF HEARING

Plaintiff, Devin G. Nunes ("Plaintiff"), by counsel, and Defendants, Fusion GPS a/k/a Bean, LLC and Glenn Simpson ("Defendants"), by counsel, hereby stipulate and agree to continue the hearing on Defendants' motion to dismiss, and file this Amended Notice of Hearing re-scheduling the hearing to June 19, 2020 at 10:00 a.m.

DATED: May 5, 2020

Signature of Counsel on Next Page

DEVIN G. NUNES

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:          **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:          **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*