**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Devin G. Nunes | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-1148 RDA/TCB |
| | ) | |
| | ) | |
| Fusion GPS and | ) | |
| Glenn Simpson | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on 3/31/2021 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Fusion GPS and

Glenn Simpson and against the Devin G Nunes.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
              A.Otto, Deputy Clerk

Dated: 3/31/2021
Alexandria, Virginia